UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT VANCE

      Petitioner,

v.                                          Case No. 5:23-cv-111/TKW/MAL

KEVIN D. PISTRO,
WARDEN, F.C.I. MARIANNA

      Respondent.
_____/

## O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10).   No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be dismissed because Petitioner failed to exhaust his administrative remedies.[2]   Accordingly, it is

**ORDERED** that:

---

[1] The copy of the Report and Recommendation mailed to Petitioner at his original address of record was returned by the Post Office, *see* Doc. 12, but the Clerk's notes on that docket entry indicate that the Report and Recommendation had already been re-mailed to Petitioner's new address of record on October 25, 2023.   The period for filing objections has expired, even when calculated from the date that the Report and Recommendation was re-mailed.

[2] The petition is also likely moot because it appears that Petitioner had been released to a halfway house by the time the Report and Recommendation was entered, *see* Doc. 10 at 2; Doc. 11, and that was the ultimate relief that he was seeking in the petition.

1. The petition for writ of habeas corpus is DISMISSED based on Petitioner's failure to exhaust administrative remedies.

2. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 17th day of November, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv111-TKW/MAL